**Margaret Spellman by Lucy B. Judson, appellee, v. William Gourley et al., trading as Lake Forest Lumber Company, appellants. Gen. No. 6,927.**

Action on the case for damages for personal injuries sustained by plaintiff in an automobile collision. Judgment for plaintiff. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed November 2, 1921.

Adams, Childs, Bobb & Wescott and A. K. Stearns, for appellants; Frank H. Partridge, of counsel. Ralph J. Dady and Martin C. Decker, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

**Rasmus Rasmussen, appellant, v. Estate of Joseph I. Lang, deceased, appellee. Gen. No. 6,933.**

Claim against an estate. Claim disallowed in circuit court on appeal from an allowance thereof in county court. Appeal from the Circuit Court of McHenry county; the Hon. Charles H. Donnelly, Judge, presiding. Heard in this court at the April term, 1921. Reversed and remanded. Opinion filed November 2, 1921.

Cheney, Evans & Peterson, for appellant. Joslyn & Joslyn, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

**Chauncey Moore by Samella Moore, appellee, v. Clark & Company, appellant. Gen. No. 6,944.**

Action for personal injuries received by plaintiff, a child, when struck by defendant's automobile in a public street. Judgment for plaintiff after remittitur. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1921. Reversed and remanded. Opinion filed November 2, 1921.

Kirk & Shurtleff, for appellant. Scholes & Pratt, for appellee; Henry Kneller, of counsel.

Mr. Justice Partlow delivered the opinion of the court.